**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Drunken Driving Defense Lawyers of Illinois, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>36-3219379 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**One North LaSalle Street**<br>**Suite 4200**<br>**Chicago, IL 60602** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ■ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Drunken Driving Defense Lawyers of Illinois, Ltd.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X **/s/ Daniel E. Budorick 06200516**
Signature of Attorney for Debtor(s)
**Daniel E. Budorick 06200516**
Printed Name of Attorney for Debtor(s)
**Gesas, Pilati, Gesas and Golin, Ltd.**
Firm Name
**53 West Jackson Boulevard
Suite 528
Chicago, IL 60604**
Address
**312-726-3100  Fax: 312-939-1742**
Telephone Number
**October 15, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Stephen M. Komie**
Signature of Authorized Individual
**Stephen M. Komie**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**October 15, 2005**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)   Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Drunken Driving Defense Lawyers of Illinois, Ltd.**          ,     Case No. _____

Debtor

Chapter _____**11**_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 1 North LaSalle Trust, DE Bus Trust<br>c/o 1 N LaSalle Properties, LLC<br>36248 Eagle Way<br>Chicago, IL 60678-1362 | 1 North LaSalle Trust, DE Bus Trust<br>c/o 1 N LaSalle Properties, LLC<br>36248 Eagle Way<br>Chicago, IL 60678-1362 | | | 7,741.51 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | | 1,852.91 |
| Artistry Engraving & Embossing<br>6000 Northwest Highway<br>Chicago, IL 60631 | Artistry Engraving & Embossing<br>6000 Northwest Highway<br>Chicago, IL 60631 | | | 146.25 |
| Bank One, NA<br>120 South LaSalle Street, 9th Floor<br>Suite IL1-1650<br>Chicago, IL 60603 | Bank One, NA<br>120 South LaSalle Street, 9th Floor<br>Suite IL1-1650<br>Chicago, IL 60603 | | | 175,000.00 |
| Belokon, Mark B<br>25 North County Street<br>Second Floor<br>Waukegan, IL 60085 | Belokon, Mark B<br>25 North County Street<br>Second Floor<br>Waukegan, IL 60085 | | | 750.00 |

In re **Drunken Driving Defense Lawyers of Illinois, Ltd.**                    , Case No. _____
                                                                Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Fedota Childers & May, PC**<br>70 West Madison Street<br>Suite 3900<br>Chicago, IL 60602 | **Fedota Childers & May, PC**<br>70 West Madison Street<br>Suite 3900<br>Chicago, IL 60602 | | | 9,270.00 |
| **Headlines Marketing Corporation**<br>750 Hammond Drive<br>Building #5<br>Atlanta, GA 30328 | **Headlines Marketing Corporation**<br>750 Hammond Drive<br>Building #5<br>Atlanta, GA 30328 | | | 30,000.00 |
| **Hiro Real Estate Co, as agent**<br>20 North Clark Street<br>Chicago, IL | **Hiro Real Estate Co, as agent**<br>20 North Clark Street<br>Chicago, IL | | **Disputed** | 143,092.80 |
| **Iron Mountain**<br>P.O. Box 27128<br>New York, NY 10087-7128 | **Iron Mountain**<br>P.O. Box 27128<br>New York, NY 10087-7128 | | | 202.50 |
| **Kwik Kopy**<br>11 South LaSalle Street<br>Suite 1050<br>Chicago, IL 60603 | **Kwik Kopy**<br>11 South LaSalle Street<br>Suite 1050<br>Chicago, IL 60603 | | | 289.33 |
| **Levenfeld Pearlstein LLC**<br>Two North LaSalle Street<br>Suite 1300<br>Chicago, IL 60602 | **Levenfeld Pearlstein LLC**<br>Two North LaSalle Street<br>Suite 1300<br>Chicago, IL 60602 | | | 1,259.75 |

In re **Drunken Driving Defense Lawyers of Illinois, Ltd.**                              , Case No. _____
                          Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **RH Donnelley Publishing & Advertsng**<br>c/o SBC Directories<br>8519 Innovation Way<br>Chicago, IL 60682-0085 | **RH Donnelley Publishing & Advertsng**<br>c/o SBC Directories<br>8519 Innovation Way<br>Chicago, IL 60682-0085 | | | 70,013.76 |
| **Speedsite.com**<br>ThoughtPort Authority of Chicago<br>P.O. Box 87618<br>Chicago, IL 60680-0618 | **Speedsite.com**<br>ThoughtPort Authority of Chicago<br>P.O. Box 87618<br>Chicago, IL 60680-0618 | | | 29.00 |
| **Warehouse Direct Office Products**<br>1601 West Algonquin Road<br>Mount Prospect, IL 60056 | **Warehouse Direct Office Products**<br>1601 West Algonquin Road<br>Mount Prospect, IL 60056 | | | 127.70 |
| | | | | |
| | | | | |
| | | | | |

In re   **Drunken Driving Defense Lawyers of Illinois, Ltd.**             ,    Case No. _____
                                          Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   **October 15, 2005**                        Signature  **/s/ Stephen M. Komie**
                                                              **Stephen M. Komie**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Drunken Driving Defense Lawyers of Illinois, Ltd.**  
Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **19**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **October 15, 2005**

**/s/ Stephen M. Komie**  
**Stephen M. Komie**/**President**  
Signer/Title

1 North LaSalle Trust, DE Bus Trust
c/o 1 N LaSalle Properties, LLC
36248 Eagle Way
Chicago, IL 60678-1362


American Express
P.O. Box 650448
Dallas, TX 75265-0448


Artistry Engraving & Embossing
6000 Northwest Highway
Chicago, IL 60631


Bank One, NA
120 South LaSalle Street, 9th Floor
Suite IL1-1650
Chicago, IL 60603


Belokon, Mark B
25 North County Street
Second Floor
Waukegan, IL 60085


Douglas Elliman-Beitler Mngmnt Corp
Attn:  General Manager
One North LaSalle St, Suite 3700
Chicago, IL 60602


Fedota Childers & May, PC
70 West Madison Street
Suite 3900
Chicago, IL 60602


Headlines Marketing Corporation
750 Hammond Drive
Building #5
Atlanta, GA 30328


Hiro Real Estate Co, as agent
20 North Clark Street
Chicago, IL


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 West Randolph Street
Chicago, IL 60606

```
Internal Revenue Service
P.O. Box 745
District Director
Chicago, IL 60690


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Iron Mountain
P.O. Box 27128
New York, NY 10087-7128


Kwik Kopy
11 South LaSalle Street
Suite 1050
Chicago, IL 60603


Levenfeld Pearlstein LLC
Two North LaSalle Street
Suite 1300
Chicago, IL 60602


RH Donnelley Publishing & Advertsng
c/o SBC Directories
8519 Innovation Way
Chicago, IL 60682-0085


SBC Yellow Pages
c/o SBC Directories
Bill Payment Center
Chicago, IL 60663


Speedsite.com
ThoughtPort Authority of Chicago
P.O. Box 87618
Chicago, IL 60680-0618


Warehouse Direct Office Products
1601 West Algonquin Road
Mount Prospect, IL 60056
```